Commonwealth *v.* Hopkins, Appellant.

Submitted June 18, 1974. *Alexander Hemphill,* for appellant; *David Richman,* Assistant

District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and record remanded for resentence under The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S. §§708-101 ff. See *Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294 A.2d 805 (1972).